IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL B. WILLIAMS,

        Petitioner,

  v.

PAM AHLIN, Executive Director, Coalinga State Hospital,

        Respondent.
                             /

No. CV-09-3642 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** the petition is hereby DISMISSED. The dismissal is without prejudice to petitioner's filing a new federal habeas petition once his state civil commitment proceedings are completed and he has exhausted his state court remedies as to all claims he wishes to raise in federal court.

Dated: November 13, 2009

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk